**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MAR 2 2 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NUMBER 16-30040-DRH |
| ) | |
| DION PRICE, and ) | Title 18, |
| KAI D. BOWERS, ) | United States Code, |
| ) | Sections 371 and 472 |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### CONSPIRACY TO UTTER COUNTERFEIT OBLIGATIONS OR SECURITIES

1. From on or about September 8, 2015, and September 17, 2015, in Madison County, within the Southern District of Illinois, and elsewhere,

**DION PRICE, and
KAI D. BOWERS,**

defendants herein, conspired and agreed, together and with others known and unknown to the grand jury, to commit an offense against the United States, that is, with intent to defraud, possessing, concealing, passing, and attempting to pass, falsely made, forged, and counterfeited obligations of the United States, that is, counterfeit $100 Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

### Overt Acts

2. In furtherance of the conspiracy and to accomplish its objects, defendants **DION PRICE and KAI D. BOWERS** committed the following overt acts, among others, in the Southern District of Illinois and the Eastern District of Missouri:

1

3. On or about September 8, 2015, defendants **DION PRICE** and **KAI D. BOWERS** passed or attempted to pass counterfeit United States $100 Federal Reserve Notes at three businesses located in Alton, Illinois within the Southern District of Illinois.

4. On or about September 15, 2015, defendants **DION PRICE** and **KAI D. BOWERS** passed or attempted to pass counterfeit United States $100 Federal Reserve Notes at three businesses located in St. Charles Missouri, located in the Eastern District of Missouri.

5. On or about September 17, 2015, defendants **DION PRICE** and **KAI D. BOWERS** passed or attempted to pass counterfeit United States $100 Federal Reserve Notes at six businesses located in Alton, Illinois, within the Southern District of Illinois.

All in violation of Title 18, United States Code, Section 371.

**A TRUE BILL**

JAMES L. PORTER
Acting United States Attorney
Southern District of Illinois

RANLEY R. KILLIAN
Assistant United States Attorney

Bond Recommendation: $20,000 unsecured

2